**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cv-23233-BLOOM/Elfenbein**

TUSHBABY, INC.,

     Plaintiff,

v.

MOMCOZY MATERNITY ESSENTIAL

     Defendant.

_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related **Case No. 24-cv-20941-DSL**, and subject to the consent of the Honorable Judge David S. Leibowitz, it is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of Judge Leibowitz for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, on August 26, 2024.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case.  Additionally, this case involves the same subject matter and claims pending before the undersigned in Case No. 24-cv-20941-DSL.  Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **CONSOLIDATED** with **Case No. 24-cv-20941-DSL**.  All pleadings filed after this date shall be filed under Case No. 24-cv-20941-DSL.

2. The Clerk shall **CLOSE** Case No. 24-cv-23233-DSL for administrative purposes only.

**DONE AND ORDERED** in the Southern District of Florida this 27th day of August, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record