UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-23233

TUSHBABY, INC.,

    Plaintiff,

 v.

MOMCOZY MATERNITY ESSENTIAL, a Foreign Corporation,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR WITHDRAWAL AS TO MARSHALL D. LOUIS AS ATTORNEY OF RECORD FOR PLAINTIFF**

Attorney for Plaintiff, Marshall Dore Louis, Esq., of the law firm BOIES SCHILLER FLEXNER LLP, respectfully moves for an order from this Court permitting the withdrawal of Marshall Dore Louis, Esq., from the above-styled action. James M. Slater of the law firm ESCA LEGAL PLLC, shall remain in the above-styled action and continue to represent Plaintiff.

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(a)(3)

**I HEREBY CERTIFY** that pursuant to Local Rule 7.1, James M. Slater, new counsel for TushBaby, does not oppose the requested relief. No other parties have appeared in this matter.

Dated: September 9, 2024                     Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Marshall Dore Louis*
Marshall Dore Louis (FL Bar No. 512680)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539 8400
E-mail: mlouis@bsfllp.com

*Attorney for Plaintiff TushBaby, Inc.*