**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-23233

TUSHBABY, INC.,

    Plaintiff,

  v.

MOMCOZY MATERNITY ESSENTIAL, a Foreign Corporation,

    Defendant.

_____/

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that in compliance with this Court's Order dated September 11, 2024, a copy of the Court's Order granting Plaintiff's Motion to Withdraw as Counsel (Dkt No. 8), was served via email upon Tamara Rant, CEO of TushBaby, Inc.


Dated: September 11, 2024              Respectfully submitted,

                                                      **BOIES SCHILLER FLEXNER LLP**

                                                      */s/ Marshall Dore Louis*
                                                      Marshall Dore Louis (FL Bar No. 512680)
                                                      100 SE 2nd Street, Suite 2800
                                                      Miami, FL 33131
                                                      Telephone: (305) 539 8400
                                                      E-mail: mlouis@bsfllp.com

                                                      *Attorney for Plaintiff TushBaby, Inc.*